IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 2:22-mj-11 |
| CHAZ MAJORS, | |
| Defendant. | |

### O R D E R

On December 2, 2021, the United States District Court for the Middle District of Alabama, Northern Division, issued a warrant for the arrest of Chaz Majors in the case of United States of America v. Chaz Majors, Case No. 2:21-cr-491.  Chaz Majors appeared before the undersigned on May 3, 2022 for his Initial Appearance on Rule 40 Transfer Out.  Mr. Majors was represented by counsel at that hearing.  Mr. Majors was advised of his right to an identity hearing and a detention hearing in this district.  The Government moved for Defendant's detention.  Defendant waived his right to an identity hearing.  Further, Defendant waives a detention hearing in this district but does request a detention hearing in the charging district.  Defendant filed an AO466A Waiver of Rule 5 & 5.1 Hearings form, waiving his right to an identity hearing and detention hearing in this District.  Doc. 8.  The Defendant is ordered detained pending the transfer to the Middle District of Alabama.

**IT IS ORDERED**: The United States Marshal immediately transport Chaz Majors together with a copy of this Order, to the Middle District of Alabama, Northern Division, and deliver the Defendant to the United States Marshal for that district, or to another officer authorized to receive Chaz Majors.  The marshal or officer in the Middle District of Alabama

should immediately notify the United States Attorney and the Clerk of Court for that district of Chaz Major's arrival.

The Clerk of this District must promptly transmit the documents in this case to the Middle District of Alabama, Northern Division.

**SO ORDERED** this 3rd day of May, 2022.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA